UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UHM, KARLTON S | § | Case No. 12-05581 |
| UHM, BRIGETTE S | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was          and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $          , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $       , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - KARLTON & BRIGETTE UHM
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-05581 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | UHM, KARLTON S | | | Date Filed (f) or Converted (c): | 02/16/12 (f) |
| | UHM, BRIGETTE S | | | 341(a) Meeting Date: | 03/26/12 |
| For Period Ending: 02/19/13 | | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>Single-family home located at 861 Upper Brandon Drive, Aurora, IL 60506 (owned jointly with ex-spouse) | 247,200.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account<br>Chase Checking Account -- Fifth Third Bank | 700.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>1 loveseat; 1 ottoman; 1 credenza; 2 LCD TVs; 1 A/V Receiver; 1 Playstation game system and 10 playstation games; 2 refridgerators; 1 set home speakers; misc. DVD movies; misc wall hangings/decorations; 1 freezer; 1 cigar humidor; 1 nintendo Wii game system and 6 Wii games; 2 DVD players; 1 microwave oven; 1 stove/range; 1 buffet cabinet; 1 automatic dishwasher; 1 set daily use dishware; 1 set daily use flatware; misc small kitchen appliances; 1 kitchen table/6 chairs; 1 dining room table/6 chairs; 1 buffet cabinet; 1 set china dishes; 1 sofa & chair set; 1 piano; 1 credenza; 1 queen bedroom set; 1 CRT Television; 1 chaise lounge chair; 1 nightstand; misc lamps; 1 children's bedroom set; misc books; misc children's toys and sports equipment; 1 guest bedroom set; misc household tools; 1 lawnmower; 1 snowblower; 1 workbench; misc lawn and garden tools; 1 set outdoor furniture; 1 bistro table/2 chairs; 1 outdoor storage box; 1 washer/dryer set; Location: In debtor's possession | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>1 set men's daily wearing apparel 1 set women's daily wearing apparel 1 set children's daily wearing apparel Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | FA |
| 5. Firearms and Hobby Equipment<br>21 set men's golf clubs; 1 set women's golf clubs; 1 set children's golf clubs; 1 men's mountain bike; 1 women's mountain bike; 1 child's mountain bike Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | FA |

FORM 1 - KARLTON & BRIGETTE UHM
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-05581 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | UHM, KARLTON S | | | Date Filed (f) or Converted (c): | 02/16/12 (f) |
| | UHM, BRIGETTE S | | | 341(a) Meeting Date: | 03/26/12 |
| | | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. Vehicles | 4,289.00 | 0.00 | | 0.00 | FA |
| 2003 Acura MDX (146000 miles) Location: In debtor's possession | | | | | |
| 7. Vehicles | 2,500.00 | 0.00 | | 0.00 | FA |
| 2003 Honda Element (163000 miles) Location: In debtor's possession | | | | | |
| 8. Tax Refund (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Received by and recovered from Debtors post-petition. | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $260,689.00 | $6,000.00 | $6,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with Debtors and recovered $6,000 on account of income tax refund received and spent by Debtors
post-petition.  Bar Date will expire on November 23, 2012.  Trustee will review claims, file final report and make
distribution to creditors.  Anticipate distribution in early 2013.

Initial Projected Date of Final Report (TFR): 03/31/13      Current Projected Date of Final Report (TFR): 06/30/13

          /s/     Elizabeth C. Berg, Trustee
_____      Date: 02/19/13
          ELIZABETH C. BERG, TRUSTEE

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                                                                            Ver: 16.05c

FORM 2 - KARLTON & BRIGETTE UHM

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-05581 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | UHM, KARLTON S | | Bank Name: | Congressional Bank |
| | UHM, BRIGETTE S | | Account Number / CD #: | *******8050 Checking Account |
| Taxpayer ID No: | *******3639 | | | |
| For Period Ending: | 02/19/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/12 | 8 | Karlton & Brigitte Uhm<br>c/o Betty S. Dobson<br>605 Blackberry Ridge Drive<br>Aurora IL 60606 | TAX REFUND | 1224-000 | 6,000.00 | | 6,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 0.00 | 6,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8050 | 6,000.00 | 0.00 | 6,000.00 |
| | ----------------- | ----------------- | ----------------- |
| | 6,000.00 | 0.00 | 6,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,000.00     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

| Page 1 | | EXHIBIT C - UHM<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 19, 2013 |

Case Number: 12-05581     Claim Class Sequence
Debtor Name: UHM, KARLTON S

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,350.00 | $0.00 | $1,350.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,062.50 | $0.00 | $1,062.50 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $5,070.25 | $0.00 | $5,070.25 |
| 000002<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $522.43 | $0.00 | $522.43 |
| 000003<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $966.88 | $0.00 | $966.88 |
| 000004<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $6,503.85 | $0.00 | $6,503.85 |
| 000005<br>070<br>7100-00 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Unsecured | | $423.03 | $0.00 | $423.03 |
| 000006<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,395.98 | $0.00 | $1,395.98 |
| 000007<br>070<br>7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Unsecured | | $133.85 | $0.00 | $133.85 |
| 000008<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $6,598.68 | $0.00 | $6,598.68 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,108.62 | $0.00 | $5,108.62 |

| | | EXHIBIT C - UHM | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 19, 2013 |

Case Number: 12-05581
Debtor Name: UHM, KARLTON S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,256.76 | $0.00 | $6,256.76 |
| 000011 070 7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $9,100.32 | $0.00 | $9,100.32 |
| 000012 070 7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,440.17 | $0.00 | $1,440.17 |
| 000013 070 7100-00 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.A.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $4,244.92 | $0.00 | $4,244.92 |
| | Case Totals: | | | $50,178.24 | $0.00 | $50,178.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-05581
Case Name: UHM, KARLTON S
           UHM, BRIGETTE S
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | GE Capital Retail Bank | $ | $ | $ |
| 000003 | Portfolio Investments II LLC | $ | $ | $ |
| 000004 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000005 | Nicor Gas | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | Fifth Third Bank | $ | $ | $ |
| 000008 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000009 | American Express Centurion Bank | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | PNC BANK | $ | $ | $ |
| 000012 | Dell Financial Services, LLC | $ | $ | $ |
| 000013 | Portfolio Recovery Associates, LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE