UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-05581 |
| Karlton S. & Brigette S. Uhm, | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 2, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   February 16, 2012

Period for Which
Compensation is sought:       February 16, 2012 to Close of Case

Amount of Fees sought:        $1,350.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:     Interim Application __        Final Application  _X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00   .

Dated:  February 19, 2013              Elizabeth C. Berg, Trustee of the Estate of
                                       Karlton & Brigette Uhm, Debtor


                                       By:      /s/Elizabeth C. Berg, Trustee
                                              Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Karlton S. & Brigette S. Uhm, | ) | Case No. 12-05581 |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: May 2, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Karlton S. and Brigette S. Uhm ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,350.00 as final compensation for services rendered as trustee in this case from September 13, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtors commenced this case on February 16, 2012 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's assets consisted of the Debtors' 2011 Tax Refund ("Refund").

4. The bar date for filing claims in this case was November 23, 2012.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

### Services Rendered by Trustee

7.  Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.  Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities, the Debtors' Statements of Financial Affairs and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B.  Trustee investigated the value of the Refund and the Estate's interest in the Refund; Trustee negotiated with the Debtors to settle the Estate's claim for the equity and interest in the Refund; Trustee directed her attorneys to prepare and file a motion to approve the settlement with the Debtors; as a result, the Estate recovered gross proceeds of $6,000.00;

C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.  Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

8. Trustee has collected the sum of $6,000.00 on behalf of the Estate. Trustee has made $0.00 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

10. During the period covered by this Application, Trustee spent 8.40 hours rendering services on behalf of this Estate with a value of $1,656.50. Trustee estimates that she will render an additional three hours of service valued at $675.00 to complete the final distribution and close the case.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,350.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $1,000.00 | $   100.00 |
| Total allowable compensation | $1,350.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to timely filed general unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtors.

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,350.00. This

3

amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

14.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

15.    The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16.    Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Karlton and Brigette Uhm requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $1,350.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 16, 2012 through the closing of this case;

B.    Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C.    For such other and further relief as this Court deems appropriate.

Dated: February 19, 2013        Elizabeth C. Berg, as trustee of the estate of
                                Karlton & Brigette Uhm, debtors


                                By:_____/s/_____
                                        Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.    Suite 1500
Chicago, IL  60603
(312) 726-8150

4

**Trustee's Final Fee Application**                              **Karlton & Brigette Uhm, Debtors**
                                                                 **Case No. 12-05581**

**Trustee's Itemized Billing Statements**

Exhibit A

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

February 19, 2013
Invoice No:   02169

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, Illinois 60603

**In Reference to:**   *Uhm - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 4/30/2012 | ECB | Re: Uhm -- Conducted 341 creditors meeting | 0.20<br>$300.00/ hr | $60.00 |
| 5/01/2012 | ECB | Re: Uhm -- Email to M. Krautsch, debtors' counsel, re turnover of 2011 income tax refund | 0.10<br>$300.00/ hr | $30.00 |
| 7/13/2012 | ECB | TC with debtor's attorney M. Krautsch to negotiate settlement of turnover of 2011 tax refund | 0.20<br>$300.00/ hr | $60.00 |
| 8/14/2012 | ECB | TC to Atty M. Krautsch to confirm receipt of settlement amount | 0.10<br>$300.00/ hr | $30.00 |
| 8/14/2012 | JMM | Request EIN from IRS (.2), Request New Bank Account from Congressional (.1), Open new bank account in TCMS (.1), Deposit Check into Bank Account (.1), Send to Congressional via FedEx (.1) | 0.60<br>$125.00/ hr | $75.00 |
| 8/22/2012 | ECB | File Initial Report of Assets (.1) Review and revise motion to settle (.2) | 0.30<br>$300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**  2/19/2013

Uhm - Trustee Matters                                                                 Page    2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/14/2012 | ECB | Open and approve Aug 2012 bank statement | 0.10 $300.00/hr | $30.00 |
| 9/20/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 10/16/2012 | ECB | Open and review Sept 12 bank statements | 0.10 $300.00/hr | $30.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80 $125.00/hr | $100.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90 $300.00/hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70 $125.00/hr | $87.50 |
| 11/12/2012 | ECB | Open and approve Oct 12 bank statements | 0.10 $300.00/hr | $30.00 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10 $300.00/hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |

**Baldi Berg & Wallace, Ltd**                                              2/19/2013

Uhm - Trustee Matters                                                  Page    3

---

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/10/2013 | JMM | Review and approve Proof of Claims (.6), Upload Claims into TCMS (.1), Approve claims in TCMS (.2), Review and prepare final bill for TFR (.8) | 1.70<br>$125.00/ hr | $212.50 |
| 1/15/2013 | ECB | Open and review December 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/19/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.1); memo to L. West re: same (.1). | 0.20<br>$195.00/ hr | $39.00 |
| 2/05/2013 | ECB | Final Claims and Docket review | 0.80<br>$325.00/ hr | $260.00 |
| 2/11/2013 | ECB | Open and review January 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

|  |  |
|---|---|
| Total Fees | $1,656.50 |
| Total New Charges | $1,656.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,656.50 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.30 | $300.00 |
| Elizabeth C Berg | 0.90 | $325.00 |
| Jason M Manola | 4.80 | $125.00 |
| Jason M Manola | 0.20 | $175.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |
|  | 8.40 *(handwritten)* |  |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Karlton S. & Brigette S. Uhm, | ) | Case No. 12-05581 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on February 20, 2013.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**