UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Karlton S. & Brigette S. Uhm, | ) | Case No. 12-05581 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: May 2, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                  September 13, 2012

Period for Which
Compensation is sought:      September 13, 2012 to Close of Case

Amount of Fees sought:       $1,062.50

Amount of Expense
Reimbursement sought:        $0.00

This is an:    Interim Application __    Final Application _**X**_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| <u>Date Filed</u> | <u>Period Covered</u> | <u>(Fees & Expenses)</u> | <u>Allowed</u> |

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___.

Dated:  February 19, 2013                       Baldi Berg & Wallace, Ltd.


                                                By:  ___/s/Elizabeth C. Berg_____
                                                       Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Karlton S. & Brigette S. Uhm, | ) | Case No. 11-49163 |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: May 2, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Karlton S. & Brigette S. Uhm, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of (1) $1,062.50 as final compensation for 7.10 hours of legal services rendered to the Trustee from September 13, 2012 through the close of this case.  In support thereof, BBW respectfully states as follows:

**Introduction**

1.   Debtor commenced this case on February 16, 2012 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.   Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.   As of the commencement of this case, the Estate's assets consisted of the Debtors' 2011 Tax Refund ("Refund").

4.   The bar date for filing claims in this case was November 23, 2012.

**Retention of BBW**

5.   On September 13, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case.  A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

Elizabeth C. Berg – Partner
Jason M. Manola – Paralegal

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BBW during the period covered by this Application have been summarized below:

General Administration: BBW advised the Trustee as to general case administration matters including, advising the Trustee as to the Estate's interest in the Refund, BBW analyzed the Debtor's entitlement to the exemption claimed in the Refund; BBW advised the Trustee regarding the collection of the Refund; as requested by Trustee, BBW prepared a motion to approve compromise or settle with Debtors; ultimately, Debtor and Trustee reached an agreement whereby the Debtor would turnover $6,000.00 to the Estate on account of the Refund and, thereafter, BBW presented their Trustee's Motion to Approve the Compromise. In addition, BBW prepared this final fee application.

In connection with the foregoing, BBW spent 6.10 hours for which the value of the services is $1,062.50.

## Compensation Requested

10. BBW has expended a total of 7.10 hours for the services described and categorized in paragraph nine above. The total value for those services is $1,062.50.

11. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested.

12. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case, except to the extent that BBW voluntarily reduces its request for compensation as set forth herein.

14. BBW has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application

are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19. Trustee currently has approximately $6,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to priority unsecured creditors and general unsecured creditors.

### Trustee's Approval

21. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $1,062.50 for actual and necessary professional services rendered to the Trustee from February 16, 2012 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the funds in the case as part of her final distribution; and

  C.  For such other and further relief as this Court deems appropriate.

Dated: February 19, 2013      Baldi Berg & Wallace, Ltd.

               Attorneys for Elizabeth C. Berg, as trustee of the estate of Karlton S. & Brigette S. Uhm, debtors

               By:____/s/_____
                  Elizabeth C. Berg

Elizabeth C. Berg
Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, IL  60603
312.726.8150

5

**Baldi Berg & Wallace**  
**Final Fee Application**

**Karlton & Brigette Uhm, Debtors**  
**Case No. 12-05581**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-05581 |
| | ) | |
| Karlton & Brigette Uhm | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER AUTHORING TRUSTEE TO EMPLOY ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Motion to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Karlton and Brigette Uhm, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: /s/ Manuel Barbosa

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: September 13, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**  
**Final Fee Application**

**Karlton & Brigette Uhm, Debtors**  
**Case No. 12-05581**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg & Wallace, Ltd.**

## Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg & Wallace, Ltd.**

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

Phone: (312) 726-8150
Fax:   (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

February 5, 2013
Invoice No: 02165

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

**In Reference to:**   *Uhm - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 6/19/2012 | ECB | Re: Uhm - Review email and phone messages from Debtor's counsel, M. Krautsch (.1). Return email to same (.1) | 0.20 $300.00/ hr | $60.00 |
| 6/21/2012 | ECB | Re: Uhm -- Review dox from counsel re state and federal income tax refund (.2) TC and letter to counsel re turnover of same (.3) | 0.50 $300.00/ hr | $150.00 |
| 8/20/2012 | JMM | Draft Motion to Employ BBW & Motion to Settle | 1.80 $125.00/ hr | $225.00 |
| 9/13/2012 | ECB | Attend court and present Motion to Employ Attorneys | 0.10 $300.00/ hr | $30.00 |
| 9/13/2012 | ECB | Attend court and present Motion to Settle Tax Refund with Debtors (.1) Email Debtor's counsel to confirm approval of same (.1) | 0.20 $300.00/ hr | $60.00 |
| 1/10/2013 | JMM | Prepare BBW Fee Application (1.4) coversheet, proposed order and affidavit (.3) review and edit same (.2) | 1.90 $125.00/ hr | $237.50 |

**Baldi Berg & Wallace, Ltd**                                         2/05/2013

Uhm - General Administration                                          Page    2

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/22/2013 | JMM | Review Claims (.2), Prepare TFR (.3), Draft Trustee Application for Compensation (1.0) & Order (.1), Draft BBW Application for Compensation (.7) & Order (.1) | 2.40 $125.00/ hr | $300.00 |

|  |  |
|---|---|
| Total Fees | $1,062.50 |
| Total New Charges | $1,062.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,062.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.00 | $300.00 |
| Jason M Manola | 6.10 | $125.00 |

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Karlton S. & Brigette S. Uhm, | ) | Case No. 12-05581 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook   )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 19 day of February, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**