# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UHM, KARLTON S | § | Case No. 12-05581 |
| UHM, BRIGETTE S | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Mr. Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 19 S. Dearborn Street
> 7th Floor
> Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
> 11:15 a.m.
> on May 2, 2013
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                        Clerk of the US Bankruptcy Court


*Elizabeth C. Berg, Trustee*

*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
       §
UHM, KARLTON S  §  Case No. 12-05581
UHM, BRIGETTE S  §
       §
       §
       Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,062.50 | $ 0.00 | $ 1,062.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,412.50 |
| Remaining Balance | | $ | 3,587.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Case 12-05581   Doc 53   Filed 04/11/13   Entered 04/13/13 23:44:09   Desc Imaged
                         Certificate of Notice    Page 4 of 8

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,765.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 5,070.25 | $ 0.00 | $ 380.81 |
| 000002 | GE Capital Retail Bank | $ 522.43 | $ 0.00 | $ 39.24 |
| 000003 | Portfolio Investments II LLC | $ 966.88 | $ 0.00 | $ 72.62 |
| 000004 | MIDLAND FUNDING LLC | $ 6,503.85 | $ 0.00 | $ 488.48 |
| 000005 | Nicor Gas | $ 423.03 | $ 0.00 | $ 31.77 |
| 000006 | Quantum3 Group LLC as agent for | $ 1,395.98 | $ 0.00 | $ 104.85 |
| 000007 | Fifth Third Bank | $ 133.85 | $ 0.00 | $ 10.05 |
| 000008 | Capital One Bank (USA), N.A. | $ 6,598.68 | $ 0.00 | $ 495.60 |
| 000009 | American Express Centurion Bank | $ 5,108.62 | $ 0.00 | $ 383.69 |
| 000010 | American Express Bank, FSB | $ 6,256.76 | $ 0.00 | $ 469.92 |
| 000011 | PNC BANK | $ 9,100.32 | $ 0.00 | $ 683.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Dell Financial Services, LLC | $ 1,440.17 | $ 0.00 | $ 108.17 |
| 000013 | Portfolio Recovery Associates, LLC | $ 4,244.92 | $ 0.00 | $ 318.81 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,587.50 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 12-05581-CAD
Karlton S Uhm                                                           Chapter 7
Brigette S Uhm
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers               Page 1 of 3                  Date Rcvd: Apr 11, 2013
                               Form ID: pdf006              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2013.
db         +Karlton S Uhm,    605 Blackberry Ridge Drive,    Aurora, IL 60506-8993
jdb         Brigette S Uhm,    605 Blackberry Drive,    Aurora, Il 60506
19592058    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19474634    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18491097   +American Expresss,    PO Box 6618,    Omaha, NE 68106-0618
18491096   +American Expresss,    PO Box 981537,    El Paso, TX 79998-1537
18491116   +Brigette S. Uhm,    605 Blackberry Ridge Drive,    Aurora, IL 60506-8993
18491098    Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
19469250    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18491099   +Chase Bank, USA,    PO Box 15298,    Wilmington, DE 19850-5298
18491100   +Chase/BP,    PO Box 15298,    Wilmington, DE 19850-5298
18491101  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     PO Box 81577,    Austin, TX 78708-1577)
18491102   +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
18491103   +Easy Acceptance,    3632 N. Cicero Ave,    Chicago, IL 60641-3641
19374052   +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,     Dallas, Texas 75243-4652
18491106   +H&R Accounts,    4950 38th Avenue,    Moline, IL 61265-6763
18491108   +HSBC Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
18491107    Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
18491109   #+Michael S. Krauch,    PO Box 1353,    New Lenox, IL 60451-6353
19927181    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
19656477   +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
18491111   +PNC Bank, NA,    600 Grant Street,    Mailstop P6-PUSX-36-1,    Pittsburgh, PA 15219-2702
18491112   +PNC Bank, NA,    One NCC Pkwy,    K-A16-23,    Kalamazoo, MI 49009-8002
18491113  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,     120 Corporate Blvd,    Norfolk, VA 23502)
18491114    TNB/Visa,    PO Box 673,    Minneapolis, MN 55440-0673
18491117   +US Bank Home Mortgage Corp,    4801 Frederica Street,    Owensboro, KY 42301-7441
18491118   +Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
18491119   +Von Maur,    727 Veteran's Memorial Parkway,    Davenport, IA 52806-7604
18491120    WFNNB/Pottery Barn,    PO Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19362440     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2013 04:52:59
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18491104    +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 12 2013 03:20:16       Equable Ascent Financial, LLC,
              1120 W. Lake Cook Rd,    Suite B,    Buffalo Grove, IL 60089-1970
19366645     E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2013 02:28:59       GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18491105     E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2013 02:31:44       GECRB/Lowes BRC,    PO box 965005,
              Orlando, FL 32896-5005
18491110     E-mail/Text: bankrup@aglresources.com Apr 12 2013 02:13:26       NICOR,    PO Box 3014,
              Naperville, IL 60566-7014
19368752    +E-mail/Text: bankrup@aglresources.com Apr 12 2013 02:13:26       Nicor Gas,    Po box 549,
              Aurora il 60507-0549
19366988     E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2013 02:25:01       Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19373927     E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2013 04:08:16
              Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
              Kirkland, WA  98083-0788
19927182     E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2013 02:29:00
              Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19670168*  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
             PO Box 10390,    Greenville, SC 29603-0390)
18491115*  +Karlton S. Uhm,    605 Blackberry Ridge Drive,    Aurora, IL 60506-8993
19713579*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.A.,
             POB 41067,    Norfolk VA 23541)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mflowers              Page 2 of 3              Date Rcvd: Apr 11, 2013
                               Form ID: pdf006             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2013**     **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers             Page 3 of 3                  Date Rcvd: Apr 11, 2013
                              Form ID: pdf006            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2013 at the address(es) listed below:

```
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com
              Elizabeth C Berg    on behalf of Attorney   Baldi Berg & Wallace, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com
              Gloria C  Tsotsos    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION nd-two@il.cslegal.com
              Michael S Krauch    on behalf of Debtor Karlton S Uhm mike@mkrauchlaw.com
              Michael S Krauch    on behalf of Joint Debtor Brigette S Uhm mike@mkrauchlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```