UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                     §
                                           §
UHM, KARLTON S                             §      Case No. 12-05581
UHM, BRIGETTE S                            §
                                           §
                                           §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee _____
                                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Expresss PO Box 981537 El Paso TX 79998 | | | | | |
| | Creditor # :10 Home Depot/CBNA PO Box 6497 Sioux Falls SD 57117-6497 | | | | | |
| | Creditor # :11 HSBC Best Buy PO Box 5253 Carol Stream IL 60197 | | | | | |
| | Creditor # :12 NICOR PO Box 3014 Naperville IL 60566-7014 | | | | | |
| | Creditor # :13 PNC Bank, NA One NCC Pkwy K-A16-23 Kalamazoo MI 49009 | | | | | |
| | Creditor # :14 TNB/Visa PO Box 673 Minneapolis MN 55440-0673 | | | | | |
| | Creditor # :15 Verizon Wireless PO Box 26055 Minneapolis MN 55426 | | | | | |
| | Creditor # :16 Von Maur 727 Veteran's Memorial Parkway Davenport IA 52806 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :17 WFNNB/Pottery Barn PO Box 182789 Columbus OH 43218-2789 | | | | | |
| | Creditor # :2 American Expresss PO Box 6618 Omaha NE 68105 | | | | | |
| | Creditor # :3 Capital One PO Box 30281 Salt Lake City UT 84130-0281 | | | | | |
| | Creditor # :4 Capital One PO Box 30281 Salt Lake City UT 84130-0281 | | | | | |
| | Creditor # :5 Chase Bank, USA PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :6 Chase/BP PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :7 Dell Financial Services PO Box 81577 Austin TX 78708-1577 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :8 DSNB/Macy's PO  Box 8218 Mason OH 45040 | | | | | |
| | Creditor # :9 GECRB/Lowes BRC PO box 965005 Orlando FL 32896-5005 | | | | | |
| | Representing: Capital One | | | | | |
| | Representing: Chase Bank, USA | | | | | |
| | Representing: GECRB/Lowes BRC | | | | | |
| | Representing: Von Maur | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000012 | DELL FINANCIAL SERVICES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FIFTH THIRD BANK | | | | | |
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | MIDLAND FUNDING | | | | | |
| 000005 | NICOR GAS | | | | | |
| 000011 | PNC BANK | | | | | |
| 000003 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - UHM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

**Exhibit 8**

| Case No: | 12-05581 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|

Case Name:    UHM, KARLTON S
              UHM, BRIGETTE S

For Period Ending: 06/21/13

Trustee Name:    Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c):    02/16/12 (f)
341(a) Meeting Date:    03/26/12
Claims Bar Date:    11/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 247,200.00 | 0.00 | | 0.00 | FA |
| Single-family home located at 861 Upper Brandon Drive, Aurora, IL 60506 (owned jointly with ex-spouse) | | | | | |
| 2. Checking Account | 700.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account -- Fifth Third Bank | | | | | |
| 3. Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 1 loveseat; 1 ottoman; 1 credenza; 2 LCD TVs; 1 A/V Receiver; 1 Playstation game system and 10 playstation games; 2 refridgerators; 1 set home speakers; misc. DVD movies; misc wall hangings/decorations; 1 freezer; 1 cigar humidor; 1 nintendo Wii game system and 6 Wii games; 2 DVD players; 1 microwave oven; 1 stove/range; 1 buffet cabinet; 1 automatic dishwasher; 1 set daily use dishware; 1 set daily use flatware; misc small kitchen appliances; 1 kitchen table/6 chairs; 1 dining room table/6 chairs; 1 buffet cabinet; 1 set china dishes; 1 sofa & chair set; 1 piano; 1 credenza; 1 queen bedroom set; 1 CRT Television; 1 chaise lounge chair; 1 nightstand; misc lamps; 1 children's bedroom set; misc books; misc children's toys and sports equipment; 1 guest bedroom set; misc household tools; 1 lawnmower; 1 snowblower; 1 workbench;  misc lawn and garden tools;  1 set outdoor furniture; 1 bistro table/2 chairs; 1 outdoor storage box; 1 washer/dryer set; Location: In debtor's possession | | | | | |
| 4. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 1 set men's daily wearing apparel 1 set women's daily wearing apparel 1 set children's daily wearing apparel Location: In debtor's possession | | | | | |
| 5. Firearms and Hobby Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 21 set men's golf clubs; 1 set women's golf clubs; 1 set children's golf clubs; 1 men's mountain bike; 1 women's mountain bike; 1 child's mountain bike Location: In debtor's possession | | | | | |

FORM 1 - UHM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 12-05581 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | UHM, KARLTON S | | |
| | UHM, BRIGETTE S | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/16/12 (f) |
| 341(a) Meeting Date: | 03/26/12 |
| Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. Vehicles | 4,289.00 | 0.00 | | 0.00 | FA |
| 2003 Acura MDX (146000 miles) Location: In debtor's possession | | | | | |
| 7. Vehicles | 2,500.00 | 0.00 | | 0.00 | FA |
| 2003 Honda Element (163000 miles) Location: In debtor's possession | | | | | |
| 8. Tax Refund (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Received by and recovered from Debtors post-petition. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $260,689.00          $6,000.00          $6,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with Debtors and recovered $6,000 on account of income tax refund received and spent by Debtors post-petition.  Bar Date will expire on November 23, 2012.  Trustee will review claims, file final report and make distribution to creditors.  Anticipate distribution in early 2013.

Initial Projected Date of Final Report (TFR): 03/31/13          Current Projected Date of Final Report (TFR): 06/30/13

/s/     Elizabeth C. Berg, Trustee

_____ Date: 06/21/13

ELIZABETH C. BERG, TRUSTEE

LFORM1

Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2                                                                                              Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05581 -CAD | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: | UHM, KARLTON S | Bank Name: Congressional Bank |
| | UHM, BRIGETTE S | Account Number / CD #: *******8050  Checking Account |
| Taxpayer ID No: | *******3639 | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit):   $   100,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/12 | 8 | Karlton & Brigitte Uhm<br>c/o Betty S. Dobson<br>605 Blackberry Ridge  Drive<br>Aurora  IL  60606 | TAX REFUND | 1224-000 | 6,000.00 | | 6,000.00 |
| 05/07/13 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Trustee Compensation | 2100-000 | | 1,350.00 | 4,650.00 |
| 05/07/13 | 001002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,062.50 | 3,587.50 |
| 05/07/13 | 001003 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 7.51068% | 7100-000 | | 380.81 | 3,206.69 |
| 05/07/13 | 001004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 7.51105% | 7100-000 | | 39.24 | 3,167.45 |
| 05/07/13 | 001005 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 7.51076% | 7100-000 | | 72.62 | 3,094.83 |
| 05/07/13 | 001006 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000004, Payment 7.51063% | 7100-000 | | 488.48 | 2,606.35 |
| 05/07/13 | 001007 | Nicor Gas<br>Po box 549 | Claim 000005, Payment 7.51011% | 7100-000 | | 31.77 | 2,574.58 |

Page Subtotals                    6,000.00                3,425.42

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2   Page: 1

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05581  -CAD | |
| Case Name: | UHM, KARLTON S | |
| | UHM, BRIGETTE S | |
| Taxpayer ID No: | *******3639 | |
| For Period Ending: | 06/21/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8050  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/13 | 001008 | Aurora il 60507<br>Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 7.51085% | 7100-000 | | 104.85 | 2,469.73 |
| 05/07/13 | 001009 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 | Claim 000007, Payment 7.50840% | 7100-000 | | 10.05 | 2,459.68 |
| 05/07/13 | 001010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000008, Payment 7.51059% | 7100-000 | | 495.60 | 1,964.08 |
| 05/07/13 | 001011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 7.51064% | 7100-000 | | 383.69 | 1,580.39 |
| 05/07/13 | 001012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 7.51060% | 7100-000 | | 469.92 | 1,110.47 |
| 05/07/13 | 001013 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 000011, Payment 7.51062% | 7100-000 | | 683.49 | 426.98 |
| 05/07/13 | 001014 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000012, Payment 7.51092% | 7100-000 | | 108.17 | 318.81 |
| 05/07/13 | 001015 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.A.<br>POB 41067<br>Norfolk VA 23541 | Claim 000013, Payment 7.51039% | 7100-000 | | 318.81 | 0.00 |

Page Subtotals             0.00          2,574.58

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - Page 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05581 -CAD | |
| Case Name: | UHM, KARLTON S | |
| | UHM, BRIGETTE S | |
| Taxpayer ID No: | *******3639 | |
| For Period Ending: | 06/21/13 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******8050  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $   100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8050 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c